IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IYANNAH JAYLIN EVANS, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 23-781 |
| | : | |
| T-MOBILE FINANCIAL | : | |
| SERVICES, LLC., *et al.*, | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this 20th day of June 2023, in light of *pro se* Plaintiff Iyannah Jaylin Evans's failure to file an amended complaint in accordance with this Court's Order entered on May 9, 2023 (DI 7), which informed Ms. Evans that failure to file an amended complaint no later than June 8, 2023 would result in final dismissal of this case, it is **ORDERED**:

1. Ms. Evans's case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Ms. Evans did not intend to stand on her Complaint, she must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach her proposed amended complaint to that motion.

**MURPHY, J.**